In the Matter of the Petition of LESTER HARRISSON to Render and Settle the Accounts of Himself and of MARGARET L. PEUGNET, Deceased, as Executors and Trustees, etc., of JULES J. PEUGNET, Deceased, and for the Construction of Paragraph 2nd of Said Will. RAMSAY PEUGNET, Appellant, THE PEOPLE OF THE STATE OF NEW YORK, LESTER HARRISSON, as Petitioner and as Executor, etc., of JULES J. PEUGNET, Deceased, and Others, Respondents.— Decree of the Surrogate's Court of Westchester County, settling the accounts of the executors and trustees under the will of Jules J. Peugnet, deceased, and construing certain provisions thereof, in so far as appealed from, unanimously affirmed, with costs to respondents filing briefs (other than the Attorney-General), payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of LINWOOD J. PUTNAM and JOHN R. FAIRBANKS, Respondents, for an Order under Article 78 of the Civil Practice Act, against JAMES MARSHALL, President, and Others, as and Constituting the Board of Education of the City of New York, Appellants.— Appeal from order directing the board of education, city of New York, to comply with the salary schedule for the custodial staff, adopted December 29, 1927; and further, directing the board to rescind so much of the resolutions and actions adopted by it on June 12, 1940, and June 26, 1940, which purport to amend the salary schedule for the custodial staff, adopted December 29, 1927. Order unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ. [175 Misc. 76.]